UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS ANTONIO MARTINEZ, SR., *et al.*,

    Plaintiffs,

v.

Case No. 23-cv-11350
Hon. Matthew F. Leitman

COUNTY OF WAYNE*, et al*.,

    Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Counts I and II of Plaintiffs' Second Amended Complaint are **DISMISSED WITH PREJUDICE** and Counts III, IV, and V of Plaintiffs' Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                          By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 25, 2024
Detroit, Michigan

1